UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

Holding a Criminal Term

Grand Jury Sworn in on January 10, 2025

| | |
|---|---|
| UNITED STATES OF AMERICA | : |
| v. | : CRIMINAL CASE NO. |
| DREMALE VANTERPOOL, and TORRANCE BROCK, | : MAGISTRATE CASE NO. 25-MJ-73 |
| Defendants. | : VIOLATIONS: |

VIOLATIONS:
18 U.S.C. § 922(g)(1)
(Unlawful Possession of a Firearm and Ammunition by a Person Convicted of a Crime Punishable by Imprisonment for a Term Exceeding One Year)
21 U.S.C. §§ 841(a)(1), (b)(1)(C)
(Unlawful Possession with Intent to Distribute Cocaine)
18 U.S.C. § 924(c)(1)(A)(i)
(Using, Carrying, and Possessing a Firearm During and in Relation to a Drug Trafficking Offense)

FORFEITURE:
18 U.S.C. § 924(d)
21 U.S.C. §§ 853(a), (p)
28 U.S.C. § 2461(c)

**INDICTMENT**

The Grand Jury charges that:

**COUNT ONE**

On or about June 7, 2023, within the District of Columbia, **DREMALE VANTERPOOL**, knowing he had previously been convicted of a crime punishable by imprisonment for a term exceeding one year, in the Superior Court for Chowan County, North Carolina, Criminal Case Nos. 2017CRS050515 and 2018CRS050016, did unlawfully and knowingly receive and possess a firearm, that is, a Springfield Armory Hellcat 9mm with serial number BY439020, and did

unlawfully and knowingly receive and possess ammunition, that is, 14 rounds of 9mm ammunition, which had been possessed, shipped, and transported in and affecting interstate and foreign commerce.

**(Unlawful Possession of a Firearm and Ammunition by a Person Convicted of a Crime Punishable by Imprisonment for a Term Exceeding One Year**, in violation of Title 18, United States Code, Section 922(g)(1))

## COUNT TWO

On or about June 7, 2023, within the District of Columbia, **TORRANCE BROCK**, knowing he had previously been convicted of a crime punishable by imprisonment for a term exceeding one year, in the Superior Court for Perquimans County, North Carolina, Criminal Case No. 20CRS050175, did unlawfully and knowingly receive and possess a firearm, that is, a Taurus G3C 9mm with serial number 1KA05162, and did unlawfully and knowingly receive and possess ammunition, that is, 16 rounds of 9mm ammunition, which had been possessed, shipped, and transported in and affecting interstate and foreign commerce.

**(Unlawful Possession of a Firearm and Ammunition by a Person Convicted of a Crime Punishable by Imprisonment for a Term Exceeding One Year**, in violation of Title 18, United States Code, Section 922(g)(1))

## COUNT THREE

On or about June 7, 2023, within the District of Columbia, **DREMALE VANTERPOOL** did unlawfully, knowingly, and intentionally possess with intent to distribute a mixture and substance containing a detectable amount of cocaine, a Schedule II controlled substance.

**(Unlawful Possession with Intent to Distribute Cocaine**, in violation of Title 21, United States Code, Sections 841(a)(1) and (b)(1)(C))

## COUNT FOUR

On or about June 7, 2023, within the District of Columbia, **DREMALE VANTERPOOL** did unlawfully and knowingly use and carry during and in relation to, and possess in furtherance of, a drug trafficking offense for which he may be prosecuted in a court of the United States, that is, Count Three of this Indictment, which is incorporated herein, a firearm, that is, a Springfield Armory Hellcat 9mm with serial number BY439020.

(**Using, Carrying, and Possessing a Firearm During and in Relation to a Drug Trafficking Offense**, in violation of Title 18, United States Code, Section 924(c)(1)(A)(i))

## FORFEITURE ALLEGATION

1. Upon conviction of the offense alleged in Count One of this Indictment, **DREMALE VANTERPOOL** shall forfeit to the United States, pursuant to Title 18, United States Code, Section 924(d) and Title 28, United States Code, Section 2461(c), any firearm and ammunition involved in or used in the knowing commission of the offense, including but not limited to a Springfield Armory Hellcat 9mm with serial number BY439020, and 9mm ammunition.

2. Upon conviction of the offense alleged in Count Two of this Indictment, **TORRANCE BROCK** shall forfeit to the United States, pursuant to Title 18, United States Code, Section 924(d) and Title 28, United States Code, Section 2461(c), any firearm and ammunition involved in or used in the knowing commission of the offense, including but not limited to a Taurus G3C 9mm with serial number 1KA05162, and 9mm ammunition.

3. Upon conviction of the offense alleged in Count Three of this Indictment, **DREMALE VANTERPOOL** shall forfeit to the United States, pursuant to 21 U.S.C. § 853(a), any property constituting, or derived from, any proceeds obtained, directly or indirectly, as the result of these

offenses; and any property used, or intended to be used, in any manner or part, to commit, or to facilitate the commission of this offense, including but not limited to approximately $605 in United States currency. The United States will also seek a forfeiture money judgment against **DREMALE VANTERPOOL** equal to the value of any property constituting, or derived from, any proceeds obtained, directly or indirectly, as the result of these offenses.

4. If any of the property described above as being subject to forfeiture, as a result of any act or omission of the defendants:

   (a) cannot be located upon the exercise of due diligence;

   (b) has been transferred or sold to, or deposited with, a third party;

   (c) has been placed beyond the jurisdiction of the Court;

   (d) has been substantially diminished in value; or

   (e) has been commingled with other property that cannot be divided without difficulty;

the defendants shall forfeit to the United States any other property of the defendants, up to the value of the property described above, pursuant to Title 21, United States Code, Section 853(p).

(**Criminal Forfeiture,** pursuant to Title 18, United States Code, Section 924(d), Title 21, United States Code, Sections 853(a), (p), and Title 28, United Sates Code, Section 2461(c))

A TRUE BILL:

FOREPERSON.

*Edward R. Martin, Jr./KCM*

Attorney of the United States in
and for the District of Columbia

4