IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | |
| | : | |
| v. | : | Case No. 25-cr-138-RJL |
| | : | |
| TORRANCE BROCK | : | |
| | : | |
| Defendant | : | |

## MOTION TO JOIN, ADOPT, AND CONFORM MOTIONS FILED BY CO-DEFENDANT

COMES NOW the Defendant, Torrance Brock, by and through his counsel, Nicholas G. Madiou, and Brennan, McKenna & Lawlor, Chtd., and respectfully moves this Court to allow him to join, adopt, and conform certain motions filed on behalf of his co-defendant Mr. Dramale Vanterpool. In support of this motion, counsel states as follows:

1. Mr. Brock seeks to join, adopt and conform the following reply motion filed by his co-defendant Mr. Vanterpool:

   a. Reply to Government's Opposition to Defendant Vanterpool's Motion to Dismiss Indictment (ECF Dkt. Nos. 77-1; 77-2; and 77-3).

2. The reply motion filed by Mr. Vanterpool asserts grounds for relief that Mr. Brock has standing to raise, and is not inconsistent with relief he would seek in his own motions. The arguments presented by Mr. Vanterpool in his reply motion are equally applicable to Mr. Brock.

1

3. The granting of this motion will save judicial resources.

4. Wherefore, Mr. Brock respectfully moves this Honorable Court to allow him to join, adopt and conform ECF Dkts. Nos. 77-1; 77-2; and 77-3 filed on behalf of his co-defendant Mr. Dramale Vanterpool.

Respectfully submitted,

/s/

_____

Nicholas G. Madiou
Brennan, McKenna & Lawlor, Chtd.
6305 Ivy Lane, Suite 700
Greenbelt, Maryland 20770
301-474-0044
nmadiou@brennanmckenna.com

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on January 20, 2026, a copy of the foregoing was sent to the United States Attorney's Office for the District of Columbia, via ECF.

/s/

_____

Nicholas G. Madiou