# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **UNITED STATES OF AMERICA** : | |
| : | |
| **v.** : | **Case No. 25-cr-138-RJL** |
| : | |
| **TORRANCE BROCK** : | |
| : | |
| **Defendant** : | |

## ORDER OF THE COURT

**UPON** consideration of Defendant's Motion to Join, Adopt, and Conform Motion filed by Co-Defendant, it is on this ____ day of _____, 2026 hereby:

**ORDERED,** that the motion is **GRANTED**, and it is further,

**ORDERED,** that the defendant, Torrance Brock, is permitted to join, adopt, and conform ECF Dkts. Nos. 77-1; 77-2; and 77-3 filed on behalf of his co-defendant Mr. Dramale Vanterpool.

_____
Judge, United States District Court