IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | |
| | : | |
| v. | : | Case No. 25-cr-138-RJL |
| | : | |
| TORRANCE BROCK | : | |
| | : | |
| Defendant | : | |

**CONSENT MOTION TO STAY PROCEEDINGS
AS TO DEFENDANT BROCK**

The Defendant, Torrance Brock, by and through his attorneys, Nicholas G. Madiou, and Brennan, McKenna & Lawlor, Chartered, respectfully files this motion to stay the proceedings as to Defendant Brock. In support of this motion, counsel states the following:

1. Mr. Brock and his co-defendant Mr. Vanterpool are charged by indictment with separate criminal offenses. Specifically, the Indictment alleges that: (1) Mr. Vanterpool unlawfully possessed a firearm (a Springfield Armory Hellcat 9mm) and ammunition, in violation of 18 U.S.C. § 922(g)(1) ("Count One"); (2) Mr. Brock unlawfully possessed a firearm (a Taurus G3C 9mm) and ammunition, in violation of 18 U.S.C. § 922(g)(1) ("Count Two"); (3) Mr. Vanterpool unlawfully possessed with intent to distribute cocaine, in violation of 21 U.S.C. §§ 841(a)(1) and (b)(1)(C) ("Count Three"); and (4) Mr. Vanterpool possessed the same

1

Springfield Armory Hellcat 9mm during and in relation to a drug trafficking offense, in violation of 18 U.S.C. § 924(c) ("Count Four").

2. The Court has scheduled a motions hearing for January 29, 2026, to address the defendants' pending Motion to Dismiss and Motions to Sever.

3. On January 8, 2026, Mr. Brock failed to appear for his revocation hearing resulting in this Court issuing a no-bond warrant for Mr. Brock's arrest.

4. Upon information and belief, as of the filing of this Motion, the warrant for Mr. Brock's arrest is still active and Mr. Brock remains at large.

5. Undersigned counsel has not had contact with Mr. Brock since late December 2025.

6. Undersigned counsel has attempted to locate Mr. Brock by unsuccessfully calling two of Mr. Brock's last known phone numbers.

7. Undersigned counsel discussed this request with counsel for the United States and is authorized to state that the Government does not oppose the relief requested at this time.

8. WHEREFORE, for the reasons stated, undersigned counsel respectfully asks this Honorable Court to stay the instant proceedings as to Mr. Brock alone until such time as the warrant for Mr. Brock's arrest is executed and his appearance at these proceedings is secured.

Respectfully submitted,

/s/

_____

Nicholas G. Madiou
Brennan, McKenna & Lawlor, Chtd.
6305 Ivy Lane, Suite 700
Greenbelt, Maryland 20770
301.474.0044
nmadiou@brennanmckenna.com

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on January 26, 2026, a copy of the foregoing was sent to the United States Attorney's Office, via ECF.

/s/

_____

Nicholas G. Madiou